UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22650-CIV-KING

JORGE ABONDANO SAA and
MONICA ABONDANO SSA,

    Plaintiffs,

vs.

BANK OF AMERICA, N.A., a national banking association,

    Defendant.
_____/

## ORDER OF TRANSFER

GOOD CAUSE appearing therefore pursuant to Local Rule 3.9(c) and subject to consent hereinbelow, it is

ORDERED that the above-numbered cause be and the same is hereby transferred to the calendar of Judge Marcia G. Cooke for all further proceedings.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and U.S. Courthouse, Miami, Florida, this 10th day of September, 2009.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

After reviewing the court file in the above numbered cause, the undersigned hereby accepts the transfer of said case. Therefore, it is

ORDERED that all pleadings hereafter filed shall bear the following case number, Case No. 09-22650-CIV-COOKE, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

THE FOREGOING transfer is herewith accepted this 15th day of September 2009.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Honorable Marcia G. Cooke

Lucy Lara, Case Assignments Clerk

**Counsel for Plaintiffs:**
Alan S. Fine, Esq.
Fine & Licitra, LLP
255 Alhambra Circle
Suite 850
Coral Gables, FL 33134

**Counsel for Defendant:**
J. Randolph Liebler, Esq.
Dora F. Kaufman, Esq.
Liebler, Gonzalez & Portuondo, P.A.
44 West Flagler Street
25th Floor
Miami, FL 33130