CIVIL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES MAGISTRATE JUDGE TED BANDSTRA
SEVENTH FLOOR

DATE: 05/11/2010
Clerk: Patty Fitzpatrick

TIME: 10:00 A.M.
Court Reporter: Tape 10E-11-906
DAR: 10:03:32 — 11:52:41

09-22650-CV-COOKE/BANDSTRA

JORGE ABONDANO SAA

    Plaintiffs,
v.

BANK OF AMERICA, N.A.

    Defendants.
_____/

PLAINTIFF: ALAN S. FINE, ESQUIRE

DEFENDANT: JAMES R. LIEBLER, ESQUIRE
Tricia J. Duthiers
Christine Manzo(?)

REASON FOR HEARING: MOTION TO COMPEL [DE25]

RESULT OF HEARING: Oral argument heard. Court will take this matter under advisement.